**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00271-CV
_____

**STEVEN MICHAEL BARKLEY, Appellant**

**V.**

**BRIANNA DAWN GOODWIN, Appellee**

---

**On Appeal from the 207th District Court**
**Hays County, Texas**
**Trial Court Cause No. 16-2256**

---

## MEMORANDUM OPINION

Appellant, Steven Michael Barkley, proceeding pro se, has neither paid nor made arrangements to pay the fee for preparing the clerk's record and has not

established indigence for purposes of appellate costs.[1]  *See* TEX. R. APP. P. 20.1, 37.3(b).  After being notified by the Clerk of this Court on June 20, 2017, that this appeal was subject to dismissal for failure to pay the required clerk's record fee, appellant did not timely respond.  *See id.* 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.

---

[1]  The Texas Supreme Court transferred this appeal from the Third Court of Appeals to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2016).